| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

Order Filed on
**3/13/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.:

Hearing Date:

Adv. No.:

Judge:   Michael B. Kaplan

Plaintiff(s)

v.

Defendant(s)

## ORDER

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: 3/13/2009**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

# LeClairRyan

A Virginia Professional Corporation
Two Penn Plaza East
Newark, New Jersey 07105
(973) 491-3600
Attorneys for Plaintiff,
Bridgewater Industrial Associates, L.P.,
Benjamin C. Curcio, Esq. (BCC 7480)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | CASE NO. 08-21133 (MBK) |
| DECOCRAGE, LTD., | CHAPTER 11 |
| Debtor. | Hon. Michal B. Kaplan |
| BRIDGEWATER INDUSTRIAL ASSOCIATES, L.P., | Adversary Proceeding No. 08-1207-MBK |
| Plaintiff, | |
| vs. | |
| MICHAEL SCHLEMOVITZ, ANTHONY EPHAULT, and KATIE STRAUB, | |
| Defendants. | |

**ORDER GRANTING JUDGMENT FOR PLAINTIFF AGAINST DEFENDANTS**

**THIS MATTER** having been brought by plaintiff Bridgewater Industrial Associates, L.P. ("Bridgewater"), by way of motion seeking summary judgment on all claims against defendants Michael Schlemovitz, Katie Straub and Anthony Ephault ("Defendants"), and said motion having been made on notice to Defendants; and the Court having considered the papers

4996917-1

*Approved by Judge Michael Kaplan March 13, 2009*

filed in support of, and against, said motion; and the Court having entertained the arguments of counsel; and for good cause shown:

**IT IS ON THIS _____ DAY OF MARCH 2009 HEREBY ORDERED** that the Oder Granting Judgment for Defendants in this matter dated March 4, 2009, and entered as document number 16 on the Court's Docket in the above Adversary Proceeding is hereby vacated in its entirety, as an errantly entered order; and

**IT IS HEREBY FURTHER ORDERED** that pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure final judgment in the amount of $77,000.00 (seventy seven thousand dollars) is hereby granted in favor of plaintiff Bridgewater Industrial Associates, L.P. against defendants Michael Schlemovitz, Katie Straub and Anthony Ephault, jointly and severally; and

**IT IS HEREBY FURTHER ORDERED** that all the defenses of Defendants in this matter are dismissed and that the above Adversary Proceeding be closed; and

**IT IS HEREBY FURTHER ORDERED** that the Adversary proceeding brought by the Debtor against Plaintiff for injunctive relief, docketed as Adversary Proceeding No. 09-01115-MBK, shall be and is hereby dismissed in its entirety and that said Adversary Proceedings be closed.

*Approved by Judge Michael Kaplan March 13, 2009*